IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA BIGGS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL BOYD, individually and;<br>BLURRED ENTERTAINMENT, INC.,<br>COLOSSEUM ENTERTAINMENT<br>CORPORATION, MARK TOSONE,<br>individually and; and  CROWNE<br>DEVELOPMENT, LLC,<br><br>　　　　　　　Defendants. | 4:12CV3037<br><br>MEMORANDUM AND ORDER |

　　　　IT IS ORDERED that the final progression order is amended as follows:

1)　　　The deadline for moving to amend pleadings or add parties is October 2, 2012

2)　　　The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is November 1, 2012.  Motions to compel Rule 33 through 36 discovery must be filed by October 18, 2012.

3)　　　The deadline for identifying expert witnesses expected to testify at the trial is November 1, 2012.

4)　　　The deadline for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is January 2, 2013

5)　　　The deadline for filing motions to dismiss and motions for summary judgment is January 2, 2013.

6)　　　The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 2, 2013.

7)　　　All other deadlines in the final progression order (filing no. 26), are unchanged.

September 7, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge