IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA BIGGS,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL BOYD individually and d/b/a KENNEDY'S IRISH PUB AND GRILLE; BLURRED ENTERTAINMENT, INC.; COLOSSEUM ENTERTAINMENT CORPORATION; MARK TOSONE individually and d/b/a KENNEDY'S IRISH PUB AND GRILLE; and CROWNE DEVELOPMENT, LLC,<br><br>   Defendants. | 4:12-CV-3037<br><br>ORDER |

  This matter is before the Court on the parties' joint Stipulation and Motion to Dismiss Defendant Crowne Development, LLC (filing 61).

  IT IS ORDERED:

1. The parties' joint motion (filing 61) is granted.

2. The plaintiff's claims against Crowne Development, LLC, are dismissed with prejudice, complete record waived, with each party to pay its own costs.

Dated this 14th day of November, 2012.

            BY THE COURT:

            _____
            John M. Gerrard
            United States District Judge