IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA BIGGS,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL BOYD, individually and; BLURRED ENTERTAINMENT, INC., COLOSSEUM ENTERTAINMENT CORPORATION, MARK TOSONE, individually and; and CROWNE DEVELOPMENT, LLC,<br><br>               Defendants. | **4:12CV3037**<br><br>**AMENDED PROGRESSION ORDER** |

      The Stipulation and Motion to Extend Progression Order Deadlines, (filing no.70), is granted. The amended progression order is as follows:

1)     The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **October 22, 2013**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at commencement of trial.

2)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **October 8, 2013** at **10:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 7, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)     A telephonic conference with the undersigned magistrate judge will be held on **February 12, 2013** at **11:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 3, 2013. Motions to compel Rule 33 through 36 discovery must be filed by March 18, 2013.

5) The deadline for identifying expert witnesses expected to testify at the trial is April 3, 2013.

6) The deadline for complete expert disclosures, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), is June 4, 2013.

7) The deposition deadline is May 3, 2013.

8) The deadline for filing motions to dismiss and motions for summary judgment is June 4, 2013.

9) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 5, 2013.

10) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

December 18, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge