IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA BIGGS,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL BOYD, et. al,<br><br>                Defendants. | **4:12CV3037**<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties,

IT IS ORDERED:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is extended to July 1, 2013. Motions to compel Rule 33 through 36 discovery must be filed by June 17, 2013; and

2) The deposition deadline is extended to August 1, 2013.

February 12, 2013.

                                                                 BY THE COURT:

                                                                 *s/ Cheryl R. Zwart*
                                                                  United States Magistrate Judge